UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darryl Dean Wegrzyn,

    Plaintiff,

v.                                              Case No. 14-12779

Commissioner of Social Security,        Sean F. Cox
                                                        United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING R&R
## AND GRANTING MOTION FOR ATTORNEY FEES

In this Social Security Disability appeal, Plaintiff filed a motion for attorney fees under the Equal Access to Justice Act, which was referred for a report and recommendation by the magistrate judge. On January 5, 2016, Magistrate Judge Steven Whalen issued a Report and Recommendation ("R&R") wherein he recommends that the Court grant Plaintiff's motion "and that Plaintiff be awarded $4,055.89 in attorney fees, plus the $400.00 filing fee, for a total of $4,455.89." (D.E. No. 18 at 5).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby **ADOPTS** the January 5, 2016 R&R. The Court **ORDERS** that Plaintiff's motion is granted and that Plaintiff is awarded $4,055.89 in

attorney fees, plus the $400.00 filing fee, for a total of $4,455.89.  **The Court further directs Plaintiff's Counsel to submit a proposed order to the Court.**

    **IT IS SO ORDERED.**

                                          S/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated:  January 26, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 26, 2016, by electronic and/or ordinary mail.

                                          S/Jennifer McCoy
                                          Case Manager